UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61014-CIV-DIMITROULEAS

WILLIAM R. SCHERER, III,

    Plaintiff,

vs.

HYUNDAI CAPITAL AMERICA, INC.,

    Defendant.
_____/

### ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION

THIS CAUSE is before the Court upon Defendant Hyundai Capital America, Inc.'s Motion to Compel Arbitration, to Dismiss Case with Prejudice, and to Strike Class Allegations (the "Motion") [DE 15] and the November 22, 2022 Report and Recommendation of United States Magistrate Judge Jared M. Strauss (the "Report") [DE 26]. The Court notes that no objections to the Report [DE 26] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 26] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 26] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 26] is hereby **ADOPTED** and **APPROVED**;

2. Defendant Hyundai Capital America, Inc.'s Motion to Compel Arbitration, to Dismiss Case with Prejudice, and to Strike Class Allegations [DE 26] is hereby **GRANTED IN PART AND DENIED AS PART** as follows:

    a. The Court hereby compels arbitration of this case (where the arbitrator shall decide all issues of arbitrability, including the availability of class arbitration);

    b. This action is hereby **STAYED** pending arbitration;

    c. The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of December, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record