UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61014-CIV-DIMITROULEAS

WILLIAM R. SCHERER, III,

    Plaintiff,

vs.

HYUNDAI CAPITAL AMERICA, INC.,

    Defendant.

_____/

## ORDER APPROVING STIPULATION OF DISMISSAL

THIS CAUSE is before the Court upon the Joint Stipulation of Dismissal (the "Stipulation") [DE 28], filed herein on January 12, 2024. The Court has carefully reviewed the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 28] is hereby **APPROVED**;

2. The above-styled action is hereby **DISMISSED** with prejudice as to William R. Scherer III's individual claims and without prejudice as to any member of the putative class; and

3. The Clerk is directed to **CLOSE** this case and **DENY** as moot any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 12th day of January 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record